UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILIP M. PERSINGER,**

      **Plaintiff,**

v.
      Case No. 2:20-cv-5846
      JUDGE EDMUND A. SARGUS, JR.
      Magistrate Judge Kimberly A. Jolson

**ANDREW SAUL,**
**Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Remand to the Commissioner pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), which is hereby **GRANTED**. (ECF No. 15). The Court **REVERSES** and **REMANDS** this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary, including offering Plaintiff a new hearing, to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

The Clerk is directed to enter judgement accordingly and close this case.

      **IT IS SO ORDERED.**


**8/9/2021**　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**